# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

TONY LEE SMOAKS,

    *Petitioner,*

v.                                    **CASE NO. 1:16-cv-00061-MP-EMT**

ROBERT CHRIS HENDRY,

    *Respondent.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 20, 2016. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections. ECF No. 12. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined Petitioner has offered no arguments of merit to warrant relief and therefore the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2.    Respondent's Motion to Dismiss, ECF No. 7, is GRANTED.

3.    Petitioner's § 2254 Petition, ECF No. 1, is DISMISSED for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b).

4.    Petitioner's Motion to Transfer, ECF No. 10, is DENIED.

5.    A certificate of appealability is DENIED.

6.    The clerk is directed to close the file.


**SO ORDERED on August 4, 2016.**


**s/Mark E. Walker**
**United States District Judge**